UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/17

------------------------------------------------------------------X

JUSTIN CAMPANELLO,

                    Plaintiff,

          -v-

N.Y.C.D.O.C. COMMISSSIONER PONTE, et al.,

                 Defendant.

------------------------------------------------------------------X

16 Civ. 7432 (PAE) (JCF)

OPINION & ORDER

PAUL A. ENGELMAYER, District Judge:

*Pro se* plaintiff Justin Campanello brings this action under 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights by failing to provide him with a pillow and additional mattress, which would have relieved or at least would have prevent the exacerbation of his numerous back ailments, including scoliosis, bulging discs, and foraminal stenosis. *See* Dkt. 6 at 2, 4–6 ("Amended Complaint"). Before the Court is the August 22, 2017 Report and Recommendation of the Hon. James C. Francis, United States Magistrate Judge, recommending that the Court dismiss this action with prejudice. Dkt. 22 ("Report"). For the following reasons, the Court adopts this recommendation in its entirety.

## I.    Background

The Court incorporates by reference the summary of the facts provided in the Report. *See* Report at 2–3.

On September 23, 2016, Campanello filed a Complaint. Dkt. 2. On November 15, 2016, Campanello filed an Amended Complaint. Dkt. 6. On January 18, 2017, the Court accepted this case as related. On May 22, 2017, defendant moved to dismiss Campanello's Amended

Complaint, Dkt. 15, and filed a memorandum of law in support, Dkt. 17. On June 1, 2017, the Court referred this case to Magistrate Judge Francis for Report & Recommendation. Dkt. 20.

On August 22, 2017, Judge Francis issued the Report, recommending that the Court dismiss the Complaint with prejudice. Objections were due by September 5, 2017. *See* Report at 11–12. To date, the Court has received no objections.

## II. Discussion

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept those portions of the report to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Ruiz v. Citibank, N.A.*, No. 10 Civ. 5950 (KPF), 2014 WL 4635575, at *2 (S.D.N.Y. Aug. 19, 2014) (quoting *King v. Greiner*, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009)); *see also, e.g., Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

As neither party has submitted objections to the Report, review for clear error is appropriate. Because the Report explicitly states that "[f]ailure to file timely objections will preclude appellate review," Report at 12, both parties' failure to object operates as a waiver of appellate review. *See Caidor v. Onondaga Cty.*, 517 F.3d 601, 604 (2d Cir. 2008) (citing *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (per curiam)).

Careful review of Judge Francis's thorough and well-reasoned Report reveals no facial error in its conclusions; the Report is therefore adopted in its entirety. As Campanello has already had the opportunity to amend his Complaint, and indeed has done so, the Court agrees

with Judge Francis that this dismissal shall be with prejudice to Campanello's ability to file any further amendments.

## CONCLUSION

For the foregoing reasons, the Court dismisses Campanello's Amended Complaint with prejudice. The Clerk of Court is directed to terminate the motion pending at docket number 15.

The Court directs the Clerk to mail a copy of this decision to plaintiff at the address on file.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: September 11, 2017
      New York, New York